UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Armer, Christopher | Docket No. | 0980 4:18CR06028-003 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Armer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of June, 2018 under the following conditions:

**Special Condition #11:** Defendant shall participate in a program of GPS confinement. Defendant shall wear at all times, a GPS devise under the supervision of U.S. Probation. Defendant shall be restricted at all times, to his residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

**Standard Condition #9:** Defendant shall refrain from use of unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has violated his period of pretrial supervision by varying from his approved GPS confinement schedule.

**Violation #2:** The defendant has violated his period of pretrial supervision by using a controlled substance, fentanyl, on or prior to July 18, 2018.

**Violation #3:** The defendant has violated his period of pretrial supervision by using controlled substances, fentanyl and marijuana, on or prior to July 23, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  July 25, 2018

by  s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

PS-8
Re: Armer,, Christopher
July 25, 2018
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

7/25/2018

Date