✎ PS 8
(3/15)

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Armer, Christopher | Docket No. | 0980 4:18CR06028-003 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Armer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of June, 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use of unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
    (If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has violated his period of pretrial supervision by using a controlled substance, fentanyl, on or prior to August 7, 2018.

On June 20, 2018, the defendant signed his Order Releasing Defendant Pending Trial, acknowledging he understood he was not to use any controlled substances and he was to report for random urinalysis testing as noted in Special Condition #5.

On August 7, 2018, the defendant was directed to report to the probation office for a random drug test prior to his pretrial violation hearing. The defendant was asked if the sample would return positive for fentanyl as it would need to be sent in for confirmation. The defendant stated twice that the sample would be negative. The sample was sent in for confirmation.

On August 9, 2018, the defendant called this officer and stated the sample would return positive for the presence of fentanyl. He explained he had been cleaning his room on August 6, 2018, located some fentanyl, and used it. The defendant went on to say, when he was asked on August 7, 2018, if the random drug test would be positive for fentanyl, he had "forgotten" about his use the day prior.

Re: Armer,, Christopher
August 10, 2018
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 10, 2018

by    s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons  (Due to IP bed date availability for tomorrow.)
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

8/10/2018

Date